**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MOD STACK LLC,**  <br><br>            Plaintiff,  <br><br>v.  <br><br>**MATRIX COMSEC, LLC**,  <br><br>            Defendant. | CASE NO. 2:16-cv-298-JRG-RSP  <br><br>**PATENT CASE**  <br><br>**JURY TRIAL DEMANDED** |

## ORDER

The Stipulated Motion for Dismissal Without Prejudice of all claims asserted between Plaintiff Mod Stack LLC and Defendant Matrix Comsec, LLC, is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Mod Stack LLC and Defendant Matrix Comsec, LLC, are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 12th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE